IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS HAWKINS,

    Petitioner,

v.                                                     4:16cv31–WS/CJK

JULIE L. JONES,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 27) docketed December 12, 2017. The magistrate judge recommends that the petitioner's second amended petition for writ of habeas corpus (doc. 16) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 27) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's second amended petition for writ of habeas corpus (doc. 16) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's second amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __16th__ day of __January__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE